# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1

| | | |
|---|---|---|
| **Case No.:** | 14-56724-CKP | |
| **Case Name:** | FREEMAN, ROBERT K AND FREEMAN, SHARON L | |
| **For the Period Ending:** | 12/2/2014 | |

| | | |
|---|---|---|
| **Trustee Name:** | Clyde C. Hardesty | |
| **Date Filed (f) or Converted (c):** | 09/24/2014 (f) | |
| **§341(a) Meeting Date:** | 11/12/2014 | |
| **Claims Bar Date:** | 02/19/2015 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1. Real estate Location: 3455 Adamsville Rd., Zanesville, OH 43701 Grantors: Daniel J Mitchell and Tammy L Mitchell Grantees: Robert K Freeman and Sharon Freeman Location: 3455 Adamsville Rd., Zanesville, OH 43701 Date signed: 7/31/08 Date reocrded: 7/31/08 Book 2178 pg 411-412 Recorded in Muskingum County OH Parcel # 56-56-50-01-55-000 | $46,400.00 | $0.00 | | $0.00 | FA |
| 2. Checking account-Business Location: North Valley Bank | $900.00 | $0.00 | | $0.00 | FA |
| 3. Misc. hand tools Location: 472 Karl Dr, Zanesville OH 43701 | $200.00 | $0.00 | | $0.00 | FA |
| 4. Misc. furniture Location: 472 Karl Dr, Zanesville OH 43701 | $500.00 | $0.00 | | $0.00 | FA |
| 5. Misc. TV's and electronics Location: 472 Karl Dr, Zanesville OH 43701 | $200.00 | $0.00 | | $0.00 | FA |
| 6. Go-cart Location: 472 Karl Dr, Zanesville OH 43701 | $50.00 | $0.00 | | $0.00 | FA |
| 7. Misc. clothing Location: 472 Karl Dr, Zanesville OH 43701 | $100.00 | $0.00 | | $0.00 | FA |
| 8. Wedding rings Location: 472 Karl Dr, Zanesville OH 43701 | $500.00 | $0.00 | | $0.00 | FA |
| 9. Tax refund Location: 472 Karl Dr, Zanesville OH 43701 | Unknown | $0.00 | | $0.00 | FA |
| 10. Earned and unpaid wages in last 30 days Location: 472 Karl Dr, Zanesville OH 43701 | Unknown | $0.00 | | $0.00 | FA |
| 11. 2001 GMC Safari-135,000 miles Location: 472 Karl Dr, Zanesville OH 43701 | $2,382.00 | $0.00 | | $0.00 | FA |
| 12. 2002 Toyota Tacoma-90,000 miles Location: 472 Karl Dr, Zanesville OH 43701 | $5,454.00 | $0.00 | | $0.00 | FA |
| 13. 2004 Saturn Vue-63,000 miles Location: 472 Karl Dr, Zanesville OH 43701 | $3,468.00 | $0.00 | | $0.00 | FA |
| 14. 1 dog Location: 472 Karl Dr, Zanesville OH 43701 | $0.00 | $0.00 | | $0.00 | FA |
| 15. Transfer of Equity Massey-Ferguson Tractor to Brother-In-Law. (u) | $0.00 | $3,000.00 | | $0.00 | $3,000.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 14-56724-CKP | Trustee Name: | Clyde C. Hardesty |
|---|---|---|---|
| Case Name: | FREEMAN, ROBERT K AND FREEMAN, SHARON L | Date Filed (f) or Converted (c): | 09/24/2014 (f) |
| For the Period Ending: | 12/2/2014 | §341(a) Meeting Date: | 11/12/2014 |
| | | Claims Bar Date: | 02/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Asset Notes:** Trustee to collect equity from Debtor, or relative.

**TOTALS (Excluding unknown value)**                                                                   **Gross Value of Remaining Assets**

$60,154.00      $3,000.00                               $0.00      $3,000.00

**Initial Projected Date Of Final Report (TFR):**    05/01/2015            /s/ CLYDE C. HARDESTY

**Current Projected Date Of Final Report (TFR):**                            CLYDE C. HARDESTY